UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Davon Donnell Reid**                  **Docket No. 4:04-CR-86-1H**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Davon Donnell Reid, who, upon an earlier plea of guilty to Conspiracy To Distribute More Than 50 Grams of Cocaine Base (Crack) and Marijuana, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on November 8, 2005, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Reid's sentence was reduced to 135 months on July 13, 2009, and further reduced 120 months on November 21, 2012, pursuant to Orders Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).

Davon Donnell Reid was released from custody on July 3, 2014, at which time the term of supervised release commenced. On November 6, 2014, a Violation Report was filed with the court advising the defendant tested positive for marijuana on October 15, 2014. The court agreed to continue supervision at the request of the probation officer as Reid agreed to return for additional substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 21, 2015, the defendant submitted to urinalysis testing, with a positive result for cocaine. On February 6, 2015, Reid also tested positive for marijuana and cocaine. Upon further discussion with the defendant, he confirmed the use of each illegal substance and apologized for his actions. Reid continues to participate in frequent drug testing measures and is currently attending intensive substance abuse counseling. As a sanction for this violation conduct, confinement of 5 days in the custody of the Bureau of Prisons is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: March 3, 2015 |

Davon Donnell Reid
Docket No. 4:04-CR-86-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4th___ day of ___March___, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge